IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DELORIS BRYANT                                                                           PLAINTIFF

V.                                         NO. 3:05CV00012 JWC

JO ANNE B. BARNHART,                                                                DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 28th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE